# United States Court of Appeals for the Federal Circuit

2008-1135

FLEUR T. TEHRANI, PH.D.,

Plaintiff-Appellant,

v.

POLAR ELECTRO and POLAR ELECTRO OY,

Defendants-Appellees,

and

PHYSI-CAL ENTERPRISES,

Defendant,

and

CAT EYE CO., LTD.,

Defendant-Appellee.

William C. Rooklidge, Howrey LLP, of Irvine, California, argued for plaintiff-appellant. With him on the brief was Henry A. Petri, Jr., of Houston, Texas.

John P. Moran, Holland & Knight LLP, of Washington, DC, argued for defendants-appellees Polar Electro, et al. With him on the brief was Tamara F. Carmichael, of New York, New York.

Joseph M. Kuo, Olson & Cepuritis, Ltd., of Chicago, Illinois, argued for defendant-appellee Cat Eye Co., Ltd. With him on the brief were Seymour Rothstein and Matthew D. Kellam.

Appealed from: United States District Court for the Central District of California

Judge David O. Carter

NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2008-1135

FLEUR T. TEHRANI, PH.D.,

Plaintiff-Appellant,

v.

POLAR ELECTRO and POLAR ELECTRO OY,

Defendants-Appellees,

and

PHYSI-CAL ENTERPRISES,

Defendant,

and

CAT EYE CO., LTD.,

Defendant-Appellee.

# Judgment

ON APPEAL from the  United States District Court for the Central District of California

in CASE NO(S).  05-CV-1113 and 06-CV-20

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam (NEWMAN, RADER and PROST, Circuit Judges).

AFFIRMED. See Fed. Cir. R. 36.

ENTERED BY ORDER OF THE COURT

DATED December 5, 2008       /s/ Jan Horbaly

Jan Horbaly, Clerk